IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAE BREWSTER,

      Plaintiff,

v.

VARIETY WHOLESALERS, INC.,

      Defendant.

Civil Action File No.
1:14-cv-01861-WSD

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Planning Report and Scheduling Order form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above-completed form, except as herein modified: **N/A**

IT IS SO ORDERED, this **16th** day of **July**, 2014.

_____
William S. Duffey, Jr.
United States District Judge